IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SHAUNA DEE TAYLOR,

     Appellant,

 v.                Case No. 5D23-225
                   LT Case No. 16-2015-CF-10633-AXXX-MA

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed January 31, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Kevin A. Blazs, Judge.

Shauna Dee Taylor, Ocala, pro se.

Ashley Moody, Attorney General, and
Daren L. Shippy, Assistant Attorney
General, Tallahassee, for Appellee.


PER CURIAM.

     AFFIRMED.

MAKAR, WALLIS and JAY, JJ., concur.